IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. CIV-23-1052-HE |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated on the record at the hearing on March 26, 2024, plaintiff's Motion for Preliminary Injunction [Doc. #23] is **DENIED.**

**IT IS SO ORDERED.**

Dated this 26th day of March, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE