# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Dated November 7, 2024

Oklahoma City, Oklahoma

| | |
|---|---|
| STATE OF OKLAHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-23-1052-HE |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HEALTH AND HUMAN ) | |
| SERVICES, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER**

    Per the parties' Joint Status Report, they are directed to file a further status report within **fourteen (14) days** of the Supreme Court's disposition of the pending petition for writ of certiorari. The case remains stayed in the meantime.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON.**

                                                 **Joan Kane, Clerk of Court**
                                               **Western District of Oklahoma**

                                         **By:** <u>**s/Lisa Minter**</u>
                                                   **Deputy Clerk**