**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 1, 2025**

_____

**Christopher M. Wolpert**
**Clerk of Court**

STATE OF OKLAHOMA,

      Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et
al.,

      Defendants - Appellees.

--------------------------------

STATES OF MISSISSIPPI, et al.,

      Amici Curiae.

No. 24-6063
(D.C. No. 5:23-CV-01052-HE)
(W.D. Okla.)

_____

**ORDER**
_____

Before **BACHARACH**, **EBEL**, and **FEDERICO**, Circuit Judges.
_____

The Supreme Court of the United States entered a judgment on June 30, 2025

vacating the judgment of this court and remanding the cause for further proceedings.

Upon further consideration, the mandate issued to the United States District Court

for the Western District of Oklahoma on September 6, 2024 is recalled effective

immediately and the judgment of this court filed July 15, 2024 is vacated.

Counsel will be notified if this court desires further briefing prior to disposition of

this appeal upon remand.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk